UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA N. AL-ZAYED,

        Plaintiff,

  v.

SSA COMMISSIONER,

        Defendant.

Case No. 25-cv-03084-AGT

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 4

      On April 4, 2025, plaintiff Dana N. Al-Zayed filed a complaint seeking judicial review of a decision of the Commissioner of the Social Security Administration. Dkt. 1. With the complaint, Al-Zayed filed an application to proceed *in forma pauperis*, Dkt. 2, which the Court granted, Dkt. 5.

      The Court issued a scheduling order setting forth deadlines based on the date of the complaint. Dkt. 4. The Commissioner timely filed the certified administrative record of Al-Zayed's administrative proceedings on June 3, 2025. Dkt. 7. Per the scheduling order, Al-Zayed was required file and serve on the Commissioner a brief for the requested relief by 30 days after the Commissioner filed the Administrative Record, or by July 3, 2025. As of the date of this order, Al-Zayed has not filed a brief and the deadline to do so has now passed.

      Accordingly, by **September 17, 2025**, Al-Zayed must show cause why the undersigned should not (i) recommend dismissal without prejudice for failure to prosecute and to comply with court orders, *see* Fed. R. Civ. P. 41(b), and (ii) have this case reassigned to a

district judge for dismissal.  *See* 28 U.S.C. § 1915.

    **IT IS SO ORDERED.**

Dated: August 18, 2025

Alex G. Tse
United States Magistrate Judge