UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA N. AL-ZAYED,<br><br>  Plaintiff,<br><br> v.<br><br>Frank J. Bisagnano, et al.,[1]<br><br>  Defendant. | Case No. 25-cv-03084-AGT<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 4 |

On April 4, 2025, plaintiff Dana N. Al-Zayed filed a complaint seeking judicial review of a decision of the Commissioner of the Social Security Administration. Dkt. 1. With the complaint, Al-Zayed filed an application to proceed *in forma pauperis*, Dkt. 2, which the Court granted, Dkt. 5.

The Court issued a scheduling order setting forth deadlines based on the date of the complaint. Dkt. 4. The Commissioner timely filed to ECF the certified administrative record of Al-Zayed's administrative proceedings on June 3, 2025. Dkt. 7. On August 19, 2025, the Commissioner filed proof of service demonstrating that a copy of the certified administrative record was delivered to Al-Zayed's address on June 5, 2025, as required by Civil Local Rule 5-1(b) for pro se parties who are not registered ECF users. Dkt. 10.[2]

---

[1] Frank J. Bisignano is substituted for SSA Commissioner pursuant to Fed. R. Civ. P. 25(d).
[2] The Court inadvertently filed a similar Order to Show Cause on August 18, 2025, prior to confirming that the Commissioner had manually served Al-Zayed. *See* Dkt. 8.

Per the scheduling order, Al-Zayed was required file and serve on the Commissioner a brief for the requested relief by 30 days after service of the administrative record, or by July 5, 2025. As of the date of this order, Al-Zayed has not filed a brief and the deadline to do so has now passed.

Accordingly, by **September 18, 2025**, Al-Zayed must show cause why the undersigned should not (i) recommend dismissal without prejudice for failure to prosecute and to comply with court orders, *see* Fed. R. Civ. P. 41(b), and (ii) have this case reassigned to a district judge for dismissal. *See* 28 U.S.C. § 1915.

**IT IS SO ORDERED.**

Dated: August 19, 2025

_____
Alex G. Tse
United States Magistrate Judge